**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JESUS DAVID CARRASCAL DUQUE,**

**Plaintiff,**

**v.** **Case No: 6:26-cv-1269-PGB-LHP**

**MARKWAYNE MULLIN, JOSEPH B. EDLOW and FIELD OFFICE DIRECTOR,**

**Defendants.**

___________________________/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed August 24, 2026. (Doc. 10). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Markwayne Mullin, Joseph B. Edlow and Field Office Director are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 25, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties